ND/GA PROB 12B
(6/12)

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 30 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## Violation Report and Petition to Modify Conditions of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: **Bobby Lee Brown**               Docket No. **1:94-CR-84-02-WCO**

Judicial Officer:   **Honorable William C. O'Kelley**
                    **Senior U. S. District Court Judge**

Date of Original Sentence: **May 8, 1995**

Original Offense: **Conspiracy to Possess Stolen Firearms 18 U.S.C. §371, Possession of Firearms Shipped in Interstate Commerce 18 U.S.C. §922(j), Concealment of Stolen Firearms 18 U.S.C. §911(j), Sale of Stolen Firearm 18 U.S.C. §922(j), Possession of a Firearm by a Convicted 18 U.S.C. §911(g)(1), Conspiracy to Possess Stolen Interstate Shipment 18 U.S.C. §371, Possession of Stolen Interstate Shipment 18 U.S.C. §2315.**

Original Sentence: **Two hundred sixty (260) months in custody with a three (3) year term os supervised release to follow.** His special conditions includes not possessing a firearm, and restitution jointly and severally in the amount $16,092.00 (paid in full).

Type of Supervision: **Supervised Release**          Date Supervision Commenced:  **11/29/13**

Date Jurisdiction Transferred: **September 15, 2015**

---

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 14, 2015, Bobby Brown reported to the U. S. Probation Office in Atlanta, Georgia, and submitted a urine screen which tested positive for marijuana. He signed the Waiver of Hearing to modify his conditions of supervised release to include:

The defendant shall participate in a drug/alcohol treatment program under the guidance and supervision of the United States Probation Officer and if able, contribute to the cost of services for such treatment.

**PREVIOUS VIOLATION(S) REPORTED TO THE COURT:**

None reported.

**PETITIONING THE COURT:**

To modify the conditions of supervision as follows:

To include a special condition of drug and alcohol testing and treatment.

Respectfully submitted,

_____  9/15/15
Jeffery Caldwell              Date
U. S. Probation Officer

_____  09/17/15
Donna M. High                 Date
Supervising U.S. Probation Officer

---

**THE COURT ORDERS:**

☑ The modification of conditions as noted above.

☐ No Action

☐ Other

_____
Honorable William C. O'Kelley
Senior U. S. District Court Judge

_____
9-29-15
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA

### Waiver of Hearing to Modify Conditions
### of Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release or to the proposed extension of my term of supervision:

The defendant shall participate in a drug/alcohol treatment program under the guidance and supervision of the United States Probation Officer and if able, contribute to the cost of services for such treatment.

Signed:                                              Witness:

_Bobby Brown_                                        _Jeffery Caldwell_
Bobby Brown                                          Jeffery Caldwell
Supervised Releasee                                  U. S. Probation Officer

Date: 9/14/15